Fill in this information to identify your case:

United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____   Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Stockman Lawnscape, Inc | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 20-0261629 | |
| 4. **Debtor's address** | **Principal place of business** 4540 New Texas Road Number    Street  Pittsburgh    PA    15239 City    State    ZIP Code  Allegheny County County | **Mailing address, if different from principal place of business** Number    Street  P.O. Box City    State    ZIP Code  **Location of principal assets, if different from principal place of business** Number    Street  City    State    ZIP Code |
| 5. **Debtor's website** (URL) | stockmanlawnscape.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Stockman Lawnscape, Inc _____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
1767

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
        District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
       District _____  When _____
                                                                     MM / DD / YYYY
       Case number, if known _____

Debtor  Stockman Lawnscape, Inc _____  Case number (*if known*)_____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number     Street

_____
City                                              State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor  Stockman Lawnscape, Inc                                    Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2023
             MM / DD / YYYY

✗ /s/ Nathan Stockman                                    Nathan Stockman
Signature of authorized representative of debtor         Printed name

Title _____

**18. Signature of attorney**

✗ /s/ John Lacher                                        Date  12/11/2023
Signature of attorney for debtor                               MM / DD / YYYY

John Lacher
Printed name

Lynch Law Group LLC
Firm name

501 Smith Drive Suite 3
Number    Street

Cranberry Township                              PA          16066
City                                            State       ZIP Code

412-897-6484                                    jlacher@lynchlaw-group.com
Contact phone                                   Email address

PA 62297
Bar number                                      State

Admar Mckees Rental
1990 McKees Rocks Rd
McKees Rocks, PA 15136

Ally Financial
500 Woodard Avenue

American Timber & Steel
4832 Plank Road
Norwalk, OH 44857

APLS, Inc.
2631 Felicity Avenue
Allison Park, PA 15101

ARS Automotive
405 Davidson Road
Pittsburgh, PA 15239

Can Capital
1850 Parkway Place
Suite 1150
Marietta, GA 30067

Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

Citizens Bank Vehicle Loan
One Citizens Bank
Johnston, RI 02919

Corkboard Concepts
3700 Butler Street
Pittsburgh, PA 15201

Enterprise
4091 Mt. Royal Blvd.
Allison Park, PA 15101

Express Services
21 Yost Boulevard
Suite 156
Pittsburgh, PA 15221

First National Bank Equipment Finance
3015 Glimcher Blvd
Attn: Legal Dept.
Hermitage, PA 16148

First National Bank of Pennsylvania
3015 Glimcher Blvd.
Attn: Legal Department
Hermitage, PA 16148

Five Star Tax - ERC Credits
117 E. Colorado Blvd
Pasadena, CA 91105

Ford Credit
One American Road
Dearborn, MI 48126

Fuzzy Simon Tire
1078 Constitution Blvd.
New Kensington, PA 15068

G&G Funding
57 W 57th Street
Floor 4
New York, NY 10019

GM Financial
801 Cherry Street
Suite 3900
Fort Worth, TX 76102

Greenbox MCA
2200 Biscayne Blvd.
Suite 200
Miami, FL 33137

Halstead Marketing Engagement
423 Saw Mill River Road
Ardsley, NY 10502

Hovis Auto & Truck Company
1000 Champion Drive
Mercer, PA 16137

Internal Revenue Service
Cincinnati, OH 45999

Jomar Supply
10133 Frankstown Road
Pittsburgh, PA 15235

Lake Forest Gardens
737 Chapel Drive
Fombell, PA 16123

Lease Consultants Corporation
10719 Justin Drive
Urbandale, IA 50322

Mar Mac Tire
345 Main Street
New Kensington, PA 15068

Melzer's Fuel
755 E. Erie Sreet
Painesville, OH 44077

Mobile Mini
455 Moon Clinton Road
Coraopolis, PA 15108

MRC Machinery Rental
22035 Perry Hwy
Zelienople, PA 16063

Napa Auto Parts
531 Rodi Road
Pittsburgh, PA 15235

PA Turnpike Tolls
300 East Park Drive
Attn: Toll Enforcement
Harrisburg, PA 17111

PayPal
3505 Silverside Road
Wilmington, DE 19810

Penn Hills Rental
11125 Frankstown Road
Pittsburgh, PA 15235

Pennsylvania Department of Revenue
PO Box 280946
Harrisburg, PA 17128

Pittsburgh Business Exchange
6400 Brooktree Court
Suite 250
Wexford, PA 15090

Rapid Funding
3200 E Cherry Creek S Drive
Suite 630
Denver, CO 80209

Robert Barkus
1134 September Drive
Butler, PA 16002

SBA - EIDL Loan
409 3rd Street SW
Washington, DC 20416

Scarano, Trump, & Adelsperger
3925 Reed Blvd.
Suite 300
Murrysville, PA 15668

Sheffield - Toro
PO Box 25127
Winston Salem, NC 27114

Sunbelt
3031 8th Street NE
Washington, DC 20017

Table Magazine
229 Spahr Street
Second Floor
Pittsburgh, PA 15232

Unique Funding Solutions MCA
71 S Central Avenue
Valley Stream, NY 11580

United Concordia
PO Box 69420
Attn: Dental Customer Service Department
Harrisburg, PA 17106

UPMC Health
600 Grant Street
58th Floor
Pittsburgh, PA 15219

Vicnor Farms Sod
226 Harmony Street Ext.
Evans City, PA 16033

Waste Management
800 Capitol Street
Suite 3000
Houston, TX 77002

Wolf Creek
11-A Robinson Manor Blvd
McKees Rocks, PA 15136

Woodbed Cor
1022 Delaum Road
Saint Marys, PA 15857

United States Bankruptcy Court

Western District of Pennsylvania

In re: Stockman Lawnscape, Inc

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/11/2023

/s/ Nathan Stockman

Signature of Individual signing on behalf of debtor

Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Stockman Lawnscape, Inc

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Unique Funding Solutions MCA<br>71 S Central Avenue<br>Valley Stream, NY, 11580 | 888-985-1837 | Trade Debt | | | | 160,000.00 |
| 2 | Greenbox MCA<br>2200 Biscayne Blvd.<br>Suite 200<br>Miami, FL, 33137 | 305-952-3200 | Trade Debt | | | | 73,074.30 |
| 3 | Can Capital<br>1850 Parkway Place<br>Suite 1150<br>Marietta, GA, 30067 | 877-500-8282 | Trade Debt | | | | 60,000.00 |
| 4 | G&G Funding<br>57 W 57th Street<br>Floor 4<br>New York, NY, 10019 | 718-701-1797 | Trade Debt | | | | 51,589.20 |
| 5 | PayPal<br>3505 Silverside Road<br>Wilmington, DE, 19810 | 800-941-5614 | Trade Debt | | | | 51,084.50 |
| 6 | First National Bank of Pennsylvania<br>3015 Glimcher Blvd.<br>Attn: Legal Department<br>Hermitage, PA, 16148 | 800-555-5455 | Trade Debt | | | | 38,884.55 |
| 7 | Express Services<br>21 Yost Boulevard<br>Suite 156<br>Pittsburgh, PA, 15221 | 412-349-8228 | Trade Debt | | | | 37,012.69 |
| 8 | Admar Mckees Rental<br>1990 McKees Rocks Rd<br>McKees Rocks, PA, 15136 | 4124584421 | Trade Debt | | | | 27,479.64 |

| Debtor | Stockman Lawnscape, Inc | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Rapid Funding<br>3200 E Cherry Creek S Drive<br>Suite 630<br>Denver, CO, 80209 | 303-721-1000 | Trade Debt | | | | 19,332.50 |
| 10 | ARS Automotive<br>405 Davidson Road<br>Pittsburgh, PA, 15239 | 4127954059 | Trade Debt | | | | 19,147.77 |
| 11 | PA Turnpike Tolls<br>300 East Park Drive<br>Attn: Toll Enforcement<br>Harrisburg, PA, 17111 | 877-736-6727 | Trade Debt | | | | 17,854.91 |
| 12 | Jomar Supply<br>10133 Frankstown Road<br>Pittsburgh, PA, 15235 | 412-731-2121 | Trade Debt | | | | 17,282.34 |
| 13 | Melzer's Fuel<br>755 E. Erie Sreet<br>Painesville, OH, 44077 | 440-354-3545 | Trade Debt | | | | 15,000.00 |
| 14 | UPMC Health<br>600 Grant Street<br>58th Floor<br>Pittsburgh, PA, 15219 | 412-647-2345 | Trade Debt | | | | 11,467.00 |
| 15 | Pittsburgh Business Exchange<br>6400 Brooktree Court<br>Suite 250<br>Wexford, PA, 15090 | 412-265-2315 | Trade Debt | | | | 10,000.00 |
| 16 | Lake Forest Gardens<br>737 Chapel Drive<br>Fombell, PA, 16123 | 724-758-5706 | Trade Debt | | | | 9,963.91 |
| 17 | Halstead Marketing Engagement<br>423 Saw Mill River Road<br>Ardsley, NY, 10502 | 845-552-4506 | Trade Debt | | | | 9,000.00 |
| 18 | Vicnor Farms Sod<br>226 Harmony Street Ext.<br>Evans City, PA, 16033 | 800-842-0461 | Trade Debt | | | | 8,202.78 |
| 19 | Sheffield - Toro<br>PO Box 25127<br>Winston Salem, NC, 27114 | | Trade Debt | | | | 8,013.93 |
| 20 | Corkboard Concepts<br>3700 Butler Street<br>Pittsburgh, PA, 15201 | 4127365441 | Trade Debt | | | | 7,880.00 |